The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEGHAN BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS B. MODLY,[1] Acting Secretary of the Navy,<br><br>  Defendant. | CASE NO. 3:19-cv-06027-BHS<br><br>NOTICE OF APPEARANCE |

TO:   CLERK OF THE ABOVE-ENTITLED COURT; and

TO:   Meghan Baker
      c/o Chalmers C. Johnson
      1155 Bethel Avenue
      Port Orchard, Washington 98366

**PLEASE TAKE NOTICE** that defendant, Thomas B. Modly, Acting Secretary of the Navy, without waiving the defenses of insufficient service of process, lack of

---

[1] Thomas B. Modly is now the Acting Secretary of the Navy, and is therefore automatically substituted in his official capacity as the proper defendant under Federal Rule of Civil Procedure 25.

Notice of Appearance
3:19-cv-06027- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | jurisdiction, or any other defense in the above-entitled cause of action, hereby enters his

2 | appearance by and through the undersigned attorneys of record.  You are advised that service

3 |

4 | of all further pleadings, notice, documents, or other papers herein, exclusive of original

5 | process, may be made upon said defendant by serving the undersigned attorney at the

6 | address stated below.

7 |

8 |     DATED this 27th day of November, 2019.

9 |     Respectfully submitted,

10 |

11 |     BRIAN T. MORAN
    United States Attorney

12 |

13 |

14 |     *s/ Sarah K. Morehead*
    SARAH K. MOREHEAD, WSBA No. 29680

15 |     Assistant United States Attorney
    United States Attorney's Office

16 |     700 Stewart Street, Suite 5220

17 |     Seattle, Washington  98101-1271
    Phone:  206-553-7970

18 |     Fax:  206-553-4067

19 |     Email:  sarah.morehead@usdoj.gov

20–28 |

Notice of Appearance
3:19-cv-06027- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on November 27, 2019, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Chalmers Johnson        chalmers@gsjoneslaw.com

I further certify that on November 27, 2019, I mailed by United States Postal Service the Notice of Appearance to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 27th day of November, 2019.

*s/ Julene Delo*
JULENE DELO, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
E-mail: julene.delo@usdoj.gov

Notice of Appearance
3:19-cv-06027- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970